UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, | ) ) ) ) ) ) | 2:24-cv-00002-SDN |
| Plaintiff, | ) ) | |
| v. | ) ) | Re: |
| RICHARD E. BRIDGES ESQ. *as Special Administrator of the Estate of Royal A. Smith*, | ) ) ) ) ) | 28 Maple Ridge Lane Lebanon, ME 04027 Mortgage: September 23, 2010 |
| Defendant. | ) ) | Book 15948, Page 902 York County Registry |
| CITIZENS BANK, N.A., | ) ) | |
| Party-in-Interest. | ) | |

## JUDGMENT OF FORECLOSURE AND SALE

**JUDGMENT** on Count I—Foreclosure and Sale is hereby **ENTERED** as follows:

The Parties agree that U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust ("U.S. Bank") is due the amount adjudged due and owing ($136,694.63) and the Parties hereby waive the 90 day right of redemption as set forth in 14 M.R.S.A § 6322. The following is a breakdown of the agreed upon amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $97,751.94 |
| Interest | $16,673.60 |
| Escrow Advance | $10,106.33 |
| Late Fees | $493.80 |
| Corporate Advances | $11,668.96 |
| Grand Total | $136,694.63 |

1. The Parties agree that any remaining rights to possession of the Lebanon Property shall terminate upon execution of this Judgment, and U.S. Bank shall conduct a public sale of the Lebanon Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $136,694.63 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant, only an *in rem* judgment against the property.

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $136,694.63 and the mortgage loan is in default, as a result of the Defendant, Richard E. Bridges, Esq., as Special Administrator of the Estate of Royal A. Smith, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. Defendant is not personally liable, and accordingly this action does not seek personal liability on the part of that Defendant, and this judgment shall act solely as an *in rem* judgment against the property.

4. The priority of interests is as follows:

    - U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust has first priority, in the amount of $136,694.63, pursuant to the subject Note and Mortgage.

- Citizens Bank, N.A, has second priority, in the amount of $25,583.11 as of March 28, 2025.

- Richard E. Bridges, Esq., as Special Administrator of the Estate of Royal A. Smith who has third priority behind the Plaintiff.

5. The prejudgment interest rate is 4.87500%, *see* 14 M.R.S.A. § 1602-B, The post-judgment interest rate is 10.23%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2024, 4.23% plus 6% for a total post-judgment interest rate of 10.23%).

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>425 Walnut Street<br>Cincinnati, OH 45202 | Reneau J. Longoria, Esq.<br>John A. Doonan, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Richard E. Bridges, Esq., as Special Administrator of the Estate of Royal A. Smith<br>47 Eastern Avenue<br>Augusta, ME 04330 | Pro Se |

| | | |
|---|---|---|
| PARTY-IN-INTEREST | Citizens Bank, N.A.<br>One Citizens Plaza<br>Providence, RI 02903 | Andrew J. Schaefer, Esq.<br>Brock & Scott PLLC<br>30 Danforth St, Suite 104<br>Portland ME 04101 |

a) The docket number of this case is No. 2:24-cv-00002-SDN.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 28 Maple Ridge Lane, Lebanon, ME 04027, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 28 Maple Ridge Lane, Lebanon, ME 04027. The Mortgage was executed by Royal A. Smith on September 23, 2010. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15948, Page 902.

e) The Defendant, Richard E. Bridges, Esq., as Special Administrator of the Estate of Royal A. Smith, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. The Defendant is not personally liable, and accordingly this action does not seek personal liability on the part of Defendant and this judgment shall act solely as an *in rem* judgment against the property.

f) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 28 Maple Ridge Lane, Lebanon, ME 04027.

g) This Judgment shall not terminate the Easement Deed executed by the Defendant, Richard E. Bridges, Esq., as Special Administrator of the Estate of Royal A. Smith executed on October 8, 2024. The book and page number of the Easement Deed in the York County Registry of Deeds is Book 19534, Page 736.

| | |
|---|---|
| Dated: May 14, 2025 | /s/ John A. Doonan, Esq. <br> John A. Doonan, Esq. Bar No. 3250 <br> Reneau J. Longoria, Esq. Bar No. 005746 <br> Attorneys for Plaintiff <br> Doonan, Graves & Longoria, LLC <br> 100 Cummings Center, Suite 303C <br> Beverly, MA 01915 <br> (978) 921-2670 <br> RJL@dgandl.com |
| Dated: May 14, 2025 | /s/Richard E. Bridges, Esq. <br> Richard E. Bridges, Esq., as Special Administrator of the Estate of Royal A. Smith <br> 47 Eastern Avenue <br> Augusta, ME 04330 |
| Dated: May 14, 2025 | /s/ Andrew J. Schaefer, Esq. <br> Andrew J. Schaefer, Esq. <br> Brock & Scott PLLC <br> 30 Danforth St, Suite 104 <br> Portland ME 04101 |

**SO ORDERED.**

Dated this 15th day of July, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

5